NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRENNA RASHID,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2011-3110

---

Petition for review of the Merit Systems Protection Board in case no. AT0831100469-I-1.

---

**ON MOTION**

---

**ORDER**

Trenna Rashid moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

__APR 1 3 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Trenna Rashid
Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 3 2011

JAN HORBALY
CLERK